IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Peterson, Lazada Wazann J

Printed: 5/20/08

Case Number: 07 B 08396
Judge: Goldgar, A. Benjamin
Filed: 5/8/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: February 19, 2008
Confirmed: August 21, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,406.89 |  |
| Secured: |  | 2,224.03 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,500.00 |
| Trustee Fee: |  | 214.21 |
| Other Funds: |  | 1,468.65 |
| Totals: | 5,406.89 | 5,406.89 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 1,500.00 | 1,500.00 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Union Auto Sales | Secured | 3,858.29 | 1,018.86 |
| 4. | GMAC Mortgage Corporation | Secured | 21,774.12 | 1,205.17 |
| 5. | Corporate America Family CU | Unsecured | 189.70 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 69.43 | 0.00 |
| 7. | Sprint Nextel | Unsecured | 15.92 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 72.09 | 0.00 |
| 9. | M3 Financial Services | Unsecured | 76.30 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 313.00 | 0.00 |
| 11. | AmeriCash Loans, LLC | Unsecured | 63.66 | 0.00 |
| 12. | AmeriCash Loans, LLC | Unsecured | 332.42 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 67.29 | 0.00 |
| 14. | Chicago Transit Authority | Unsecured | 235.00 | 0.00 |
| 15. | GMAC Auto Financing | Unsecured | 132.93 | 0.00 |
| 16. | AmeriCash Loans, LLC | Unsecured | 210.44 | 0.00 |
| 17. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 18. | Allied Interstate | Unsecured |  | No Claim Filed |
| 19. | CB USA | Unsecured |  | No Claim Filed |
| 20. | American Recovery System | Unsecured |  | No Claim Filed |
| 21. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 22. | Elink Payroll Office | Unsecured |  | No Claim Filed |
| 23. | Park Dansan | Unsecured |  | No Claim Filed |
| 24. | Nicor Gas | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Peterson, Lazada Wazann J | Case Number:  07 B 08396 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  5/20/08 | Filed:  5/8/07 |

```
                                           _____     _____
                                           $ 28,910.59    $ 3,724.03
```

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 205.01 |
| 6.5% | 9.20 |
| | _____ |
| | $ 214.21 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____